# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                       Chapter 13

                                        Bankruptcy No. 16-13598-MDC

STEPHEN ANTHONY SPERING

4100 Post Road

Trainer, PA 19061

          Debtor

## CERTIFICATE OF SERVICE

     **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

STEPHEN ANTHONY SPERING

4100 Post Road

Trainer, PA 19061

Counsel for debtor(s), by electronic notice only.

PRO-SE
*
*
*, *  *

                                        /S/ William C. Miller

Date: 8/11/2016                  _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee