*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stephen Anthony Spering
    Debtor(s)

Case No: 16–13598–mdc

Chapter: 13

### NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for Failure to pay the Final
Installment Payment of $105.00 (due
Sept. 19, 2016).

will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Court

on: 11/10/16

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: October 28, 2016

36
Form 175