**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE STEPHEN ANTHONY SPERING  : CHAPTER 13
                                                                 :
                                                      :   :  BANKRUPTCY NO16-13598
                                                            MDC
      Debtor (s)

**PRA E C I P E**

Kindly withdraw TRUSTEE'S FINAL REPORT CLOSED Docket entry #45

                                  Respectfully submitted,

Date: September 6, 2018                /s/William C. Miller, Esquire

                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee
                                  P.O. Box 1229
                                  Philadelphia, PA  19105-229